IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
APR 19 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) Case No. | 1:18CR000053SNLJ (ACL) |
| BARNABY J. CAREY, ) | 18 U.S.C. § 2422(b) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

Between on or about January 1, 2018, and February 28, 2018, in Carter County, in the Southeastern Division of the Eastern District of Missouri and elsewhere,

**BARNABY J. CAREY,**

the defendant herein, did unlawfully and knowingly use any facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce "Minor Female # 1," an individual who had not attained the age of eighteen (18) years, to engage in any sexual activity for which any person can be charged with a criminal offense under the laws of the State of Missouri, including violations of Mo. Rev. Stat. § 566.064 (statutory sodomy in the second degree) and Mo. Rev. Stat. § 566.071 (child molestation in the fourth degree), and attempted to do so, in violation of 18 U.S.C. § 2422(b).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
John N. Koester, Jr., #52177MO
Assistant United States Attorney