IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:18CR00053 SNLJ ) |
| BARNABY J. CAREY, | ) ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and John N. Koester, Jr., Assistant United States Attorney for said District, and states that it has no objections to the Presentence Report prepared by Chelsea N. Sawyer, U.S. Probation Officer.

JEFFREY B. JENSEN
UNITED STATES ATTORNEY


/s/ John N. Koester Jr.
JOHN N. KOESTER JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
(573) 334-3736

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Michael Skrien
Attorney for Defendant

Chelsea N. Sawyer
U. S. Probation Officer

/s/ John N. Koester Jr.
JOHN N. KOESTER JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY