RECEIVED BY MAIL
JUN 24 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Motion under First Step Act section 3582 of title 18, U.S.C. (1) in subsection (c)(1)(A), in matter preceding clause (i)

Motion on my behalf Barnaby Carey for compassionate release do to the pandemic of the Covid-19. As extraordinary and compelling circumstances. Based on my fiancée physical, mental and financial issues. Also based on the spread of the Covid-19 thats been going through BOP system. Once there is a out break here Marion, IL it will spread extremely fast.

Fiancée's Christina M. Jordan's Issues

Physical Health: Tailbone/Lower spine deteriorating, black muscle bruising
- Knee injury, no prolong standing
- Headaches, extreme migraines
- Cancer cirvix check up on regular
- Memogram yearly
- Stomach, Medication Sertraline

Mental Health: Sees a therapist and Pyschiatrist
- Depression/stress
- Anxiety Attacks
- Medication Doxepin for sleep
- Medication Prazosin for nightmares

Financial: Disability check once a month $770.00 and Food stamps

I'm Christina M. Jordan's main support while in & out of incarcerated, physical, mental and financial.

Contact Christina M. Jordan if need more info.

@ Christina M. Jordan
1609 Health Center Dr.
Apt. 2325
Van Buren, MO 63965
Tele: 573-944-7529
E-mail: Jordanchristina099@gmail.com

Date June 21, 2020

Barnaby Carey

Barnaby Carey 47731-044
United States Penitentiary
PO Box 1000
Marion, IL 62959

Barnaby Corey #47731-044
United States Penitentiary
Po Box 1000
Marion, IL 62959

SAINT LOUIS MO 630
22 JUN 2020 PM 9 L

⇔47731-044⇔
Honorable Limbaugh
Federal Court House
555 Independence ST
CAPE Girardeau, MO 63703
United States

RECEIVED
BY MAIL
JUN 24 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

63703-623555