RECEIVED BY MAIL
AUG 17 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Honorable Limbaugh          8-12-20

I Barnaby Carey #47731-044 submitted a motion for Compassionate Release on June 22, 2020 under extraordinary and compelling circumstances. Section 3582 of title 18, U.S.C (1) in subsection (c)(1)(A).

Requesting do to the Pandemic of the spread of Covid-19 through BOP. Also my Fiancée Christina Jordan's Physical Health, Mental Health and Financial Issues.

Now July 25, 2020 I was tested positive for Covid-19.

Just wanted to bring this to yours/courts attention.

Thank you for your time.

Barnaby Carey
Barnaby Carey #47731-044
USP
PO Box 1000
Marion, IL 62959

Barnaby Carey #47731044
United States Penitentiary
PO Box 1000
Marion, IL 62959



RECEIVED
BY MAIL
AUG 17 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Honorable Judge Limbaugh
Federal Court House
555 Independence St.
Cape Girardeau, MO 63703

6370386235 C004