Alison Garagnani, CSR, CCR, RMR, CRR

Official Court Reporter

Rush Hudson Limbaugh Courthouse

555 Independence Street

Cape Girardeau, MO 63701

October 21, 2020

Mr. Barnaby Carey #47731-044

United States Penitentiary

P.O. Box 1000

Marion, IL 62959

    IN RE:  USA v. Barnaby Carey, Cause No. 1:18CR53 SNLJ

    Request for Sentencing Transcript in Letter Dated September 22, 2020

Dear Mr. Carey:

The only option I am able to offer you is if you should wish to order the transcript, please follow the steps below.

If you should choose to have those proceedings transcribed, please send a check or money order made out to me, Alison Garagnani, in the amount of $47.45 and send it to me at the above address so that I may start on the transcription process.   Thank you.

    Sincerely,

    /s/Alison Garagnani


    Alison Garagnani